UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

SOUTHERN DIVISION

| | |
|---|---|
| SHENZHEN FENDA TECHNOLOGY CO. LTD,<br><br>                    Petitioner,<br><br>v.<br><br>STELLÉ LLC<br><br>                    Respondent. | CASE NO. **8:16-cv-02169-JVS-JCG**<br><br><br><br>**JUDGMENT** |

WHEREFORE, based on the Petitioner's petition, pursuant to 9 USC §§ 9 and 13, to confirm the Final Arbitration Award issued by Hon. Diane Wayne, Ret., JAMS, on September 6, 2016, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Petitioner Shenzhen Fenda Technology Co. Ltd. shall recover against Respondent Stellé LLC the amount of $1,058,618.19, plus $241.89 per day for each day unpaid after June 15, 2016.

Dated: March 03, 2017

_____
UNITED STATES DISTRICT JUDGE